

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-9-1996

# Harrison v. Nissan Motor Corp

Precedential or Non-Precedential:

Docket 95-1300

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation

"Harrison v. Nissan Motor Corp" (1996). *1996 Decisions.* Paper 43.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/43

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

NO. 95-1300
_____

FANNIE HARRISON,
                    Appellee

v.

NISSAN MOTOR CORPORATION IN U.S.A.,
                    Appellant

(D.C. Civ. No. 94-cv-06791)
_____

BEFORE: BECKER, ROTH, AND McKEE, Circuit Judges

_____

ORDER
_____


        The Petition for Panel Rehearing is granted, and the opinion of the panel filed October 9, 1996 is vacated.  The Clerk shall relist the matter before the panel at the convenience of the Court.
        The Petition has been granted because, upon investigation after the Petition for Panel Rehearing was received, it appeared that neither the papers filed by Nissan pursuant to the remand for supplementation of the record, nor the certification of the district court supplementing the record were ever received by the panel.  It appears that, although they were docketed in the district court, they were never transmitted to the Clerk of this Court.  The only supplementation that the panel saw was that submitted by the plaintiff, which apparently had been filed directly by the plaintiff in this Court, and the Court filed its opinion based on a one-sided supplementation.
                                BY THE COURT:

                                /s/ Edward R. Becker
                                    Circuit Judge


DATED: November 4, 1996